# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BRIAN ADAMS,<br><br>      Plaintiff,<br><br>v.<br><br>MICHAELS STORES, INC., a Delaware Corporation<br>      Defendant(s). | No. CV 09-1939-GW (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant 28 U.S.C. § 636, the Court has reviewed the file <u>de novo</u>, including Defendant's renewed motion to dismiss plaintiffs who failed to comply with the Magistrate Judge's December 10, 2009 order, the accompanying joint stipulation, the parties' supplemental memoranda, the Magistrate Judge's Report and Recommendation, the subsequent Declaration of Bryan Poupard, and the records in the file. No objections were filed. Having made a <u>de novo</u> determination, the Court agrees with the recommendation of the Magistrate Judge.

The Magistrate Judge recommended that Defendant's motion for dismissal as to Plaintiffs Alton Lopez and Bryan Poupard be granted unless each plaintiff filed a written commitment, on or before the date for filing objections to the Report and Recommendation, to provide substantive verified responses to interrogatories, provide written responses to document requests, and produce responsive

nonprivileged documents when and if discovery resumes. (Dkt. No. 94.) Plaintiff Bryan Poupard filed such a declaration on November 5, 2010. (Dkt. No. 102.)

IT IS ORDERED that (1) the Report and Recommendation is adopted; (2) Defendant's motion for dismissal as to Plaintiff Alton Lopez is granted; and (3) Defendant's motion for dismissal as to all other plaintiffs is denied.

DATED: November 17, 2010

GEORGE H. WU
UNITED STATES DISTRICT JUDGE