CATHERINE A. CONWAY, SBN 98366
  cconway@gibsondunn.com
JESSE A. CRIPPS, SBN 222285
  jcripps@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:   213.229.7000
Facsimile:    213.229.7520

HEATHER D. HEARNE, SBN 254496
  hhearne@gibsondunn.com
JUSTIN T. GOODWIN, SBN 278721
  jgoodwin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone:   949.451.3800
Facsimile:    949.451.4220

Attorneys for Defendant
MICHAELS STORES, INC.

***NO JS-6***

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRIAN ADAMS, an individual, et al., | CASE NO. CV 09-1939-GW(AGRx) |
| Plaintiffs, | **JUDGMENT** |
| v. | [Submitted at Invitation of Court and in accordance with FRCP Rule 58(a)] |
| MICHAELS STORES, INC., a Delaware corporation, | Trial Date: December 14, 2010, 9:00 a.m. |
| Defendant. | Location:  Courtroom 10<br>312 North Spring St.,<br>Los Angeles, CA 90012 |

Gibson, Dunn &
Crutcher LLP

This action came on for bench trial before the Honorable George H. Wu, United States District Court Judge, Central District of California, Western Division, on December 14, 2010, at 9:00 a.m., in Courtroom 10, located at 312 North Spring Street, Los Angeles, CA 90012. Plaintiff and Defendant appeared through their counsel of record. The evidence has been fully considered, the issues have been duly heard, and a decision has been duly rendered. For all of the reasons set forth in the Court's Findings of Fact and Conclusions of Law, dated May __, 2013,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** that final judgment is entered in favor of Defendant Michaels Stores, Inc. and against Plaintiff Gayle Booth. Each of Plaintiff's claims are dismissed with prejudice and determined on the merits in favor of Defendant Michaels Stores, Inc. as the prevailing party. Plaintiff shall take nothing by way of her Complaint.

**IT IS SO ORDERED, ADJUDGED and DECREED.**

DATED: July 31, 2013

_____
The Honorable George H. Wu
United States District Court Judge
Central District of California

Respectfully Submitted,

GIBSON, DUNN & CRUTCHER LLP
CATHERINE A. CONWAY
JESSE A. CRIPPS
HEATHER D. HEARNE
JUSTIN T. GOODWIN

By:   */s/ Jesse A. Cripps* _____
          Jesse A. Cripps

Attorneys for Defendant
MICHAELS STORES, INC.

101476748.3