JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRIAN ADAMS, an individual, et al., | CASE NO. CV 09-1939-GW(AGRx) |
| Plaintiffs, | Honorable George H. Wu<br>Courtroom 10 |
| v. | **JUDGMENT IN FAVOR OF DEFENDANT MICHAELS STORES, INC.** |
| MICHAELS STORES, INC., a Delaware corporation, | |
| Defendant. | Date:     February 24, 2014<br>Time:     8:30 a.m.<br>Place:    Courtroom 10<br>Judge:   Hon. George H. Wu |
| | Action Filed:     March 20, 2009 |

Gibson, Dunn & Crutcher LLP

[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT MICHAELS STORES, INC.

On Monday, February 24, 2014, at 8:30 a.m., in Courtroom 10 of the above-entitled Court, Defendant Michaels Stores Inc.'s Motion for Summary Judgment as to the Claims of Anthony Wong came on for hearing before this Court. The parties appeared through their counsel of record. After considering all of the papers filed herein, the authorities submitted by counsel, and counsel's oral argument, and for good cause showing, the Court hereby grants Defendant Michaels Stores, Inc.'s Motion for Summary Judgment as to all of Plaintiff Anthony Wong's causes of action.

**IT IS ORDERED, ADJUDGED, AND DECREED THAT**:

1. Judgment is entered in favor of Defendant Michaels Stores, Inc. on all of Plaintiff Anthony Wong's claims for relief.

2. Plaintiff Anthony Wong shall take nothing on his claims against Defendant Michaels Stores, Inc., and these claims are hereby dismissed with prejudice.

3. Defendant Michaels Stores Inc. is the prevailing party and shall recover its costs of suit pursuant to Rule 54 of the Federal Rules of Civil Procedure and Local rule 54.

Dated: March 21, 2014

_____
The Honorable George H. Wu
United States District Judge

Gibson, Dunn & Crutcher LLP

2
[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT MICHAELS STORES, INC.